STATE

v.

BORNE

28010

Supreme Court of South Dakota.

6/5/2017

Summary Disposition Affirmed (SMS)